**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 24-8192-JFW(JCx)** | Date: February 13, 2025 |
| Title: | Mike The Printer, Inc. -v- Ricoh USA, Inc., et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER TO SHOW CAUSE WHY PLAINTIFF'S COUNSEL SHOULD NOT BE SANCTIONED FOR FAILURE TO COMPLY WITH COURT ORDER**

On December 27, 2024, Defendant Ricoh USA, Inc. filed a a Motion to Dismiss the Complaint, or in the Alternative, to Dismiss or Strike Plaintiff's Class Claims, which was set for hearing on February 24, 2025. The Court's Standing Order (Docket No. 6) filed on September 30, 2024 provides in relevant part:

> Not more than two days after the deadline for filing the Reply, each party shall lodge a Proposed Statement of Decision, which shall contain a statement of the relevant facts and applicable law with citations to case law and the record. . . . Failure to lodge the Proposed Statement of Decision will result in the denial or granting of the motion.

Standing Order § 5(f).  The deadline for filing the Reply was 14 days before the date designated for the hearing of the motions or February 10, 2025. Plaintiff Mike the Printer, Inc. ("Plaintiff") however, failed to file the required Proposed Statement of Decision on or before February 12, 2025.

Accordingly, lead counsel for Plaintiff is ordered to show cause in writing by **February 18, 2025** why he should not be sanctioned in the amount of $2,500 for Plaintiff's failure to comply with the Court's Standing Order. No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

IT IS SO ORDERED.